UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAUSAU INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>INLAND-JOSEPH FRUIT COMPANY, a Washington corporation; and SUSAN PUTNAM and her marital community,<br><br>Defendant. | NO. CV-04-3127-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On August 1, 2005, the parties filed a joint Stipulation for Dismissal (Ct. Rec. 16). Accordingly, **IT IS HEREBY ORDERED** that, pursuant to Fed. R. Civ. P 41(a), the above-captioned action is **DISMISSED**, without prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 9th day of August, 2005.

s/ ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2004\Wausau\ord.stip.dismiss.wpd

**ORDER DISMISSING COMPLAINT** * 1